[Cite as *Robinette v. Middletown*, 2020-Ohio-1427.]

| | |
|---|---|
| MIKE ROBINETTE | Case No. 2019-01096PQ |
| Requester | Judge Patrick M. McGrath |
| v. | <u>JUDGMENT ENTRY</u> |
| CITY OF MIDDLETOWN | |
| Respondent | |

{¶1} On February 24, 2020, a special master recommended dismissal of requester Mike Robinette's complaint after the special master determined that Robinette failed to comply with court orders and failed to prosecute his claim. The parties were given an opportunity to respond to the special master's recommendation to dismiss. Neither party has filed a response to the special master's recommendation.

{¶2} The court finds the special master's recommendation is well-taken. Upon the recommendation of the special master and in accordance with R.C. 2743.75(D)(2), the court sua sponte DISMISSES Robinette's complaint without prejudice. Court costs are assessed against Robinette. The court directs the clerk to serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK M. MCGRATH
Judge


**Filed March 25, 2020**
**Sent to S.C. Reporter 4/10/20**